**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-765-GCM**

| | |
|---|---|
| EDWARD D. GARRETT and ) <br> JO ANN GARRETT, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MD REHAB, LLC, *et al*, ) <br> ) <br>     Defendants. ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Corey M. Weideman** filed November 14, 2016 [Doc. # 10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Mr. Weideman is admitted to appear before this court *pro hac vice* on behalf of Defendants.

    **IT IS SO ORDERED.**

Signed: November 15, 2016

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge